IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

vs.

GONZALO NUNEZ-CAMACHO,
    a/k/a "Gume,"
    a/k/a "Chalo,"

Defendant.                 No. 12-cr-30242-02-DRH

## ORDER OF REMOVAL

This matter comes before the Court for imposition of sentence. The Government has filed a motion seeking a Judicial Order of Removal from the United States (Doc. 117). This Court makes the following **FINDINGS**:

(1) On January 23, 2013, defendant entered a plea of guilty to Counts 1, 2, and 11 of the Indictment charging Conspiracy to Distribute and Possess With the Intent to Distribute five kilograms or more of a mixture or substance containing Cocaine (Count 1); Conspiracy to Distribute and Possess with the Intent to Distribute Methamphetamine (Count 2); and Interstate Travel in Support of Racketeering (Count 11).

(2) At the time of his plea, defendant admitted that he is a citizen of Mexico who is in the United States illegally.

(3) Defendant was notified, prior to the entry of his plea in this case, that the Government intended to request judicial removal.

(4) As a result of his convictions in the instant case, defendant is deportable pursuant to the provisions of Title 8, United States Code, Section 1227(a)(2)(B).

(5) This Court has jurisdiction to enter a judicial order of removal at the time of sentencing pursuant to the provisions of Title 8, United States Code, Section 1228(c)(1).

Accordingly, the government's motion is **GRANTED** (Doc. 117) and it is **ORDERED** that defendant be removed from the United States promptly upon the satisfaction of his sentence in this case. Immigration and Customs Enforcement, U.S. Department of Homeland Security is hereby authorized to execute this Order of Removal according to the applicable laws and regulations of the United States.

**IT IS SO ORDERED.**

Signed this 31st day of January, 2013.

Digitally signed by David R. Herndon
Date: 2013.01.31 14:52:54 -06'00'

Chief Judge
United States District Court