IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

    vs.

VINCENTE LOPEZ,

Defendant.                        No. 12-cr-30242-DRH-9

## ORDER FOR FORFEITURE PURSUANT TO
## FED.R.CRIM.P 32.2 WITH RESPECT TO VINCENTE LOPEZ

In the Indictment filed in the above cause on August 22, 2012, the United States sought forfeiture of property of defendant, Vincente Lopez, pursuant to 21 U.S.C. § 853. The Court, upon consideration of the guilty plea received in this matter and the provisions of the plea agreement, hereby finds by a preponderance of evidence that the following property is forfeitable and hereby orders forfeited the following property:

**Twenty-seven thousand one hundred and four dollars ($27,104.00) in United States funds.**

A forfeiture judgment is entered in favor of the United States and against defendant Vincente Lopez in the amount of $27,104.00. This judgment may be enforced as an ordinary monetary judgment, by the forfeiture of substitute assets, or by a combination of both, as long as double recovery is not obtained by the government. In that the amount of this judgment consists of funds represented by cocaine attributable to this defendant and not from all of the cocaine distributed in the entire conspiracy, the forfeiture proceeds collected from other co-defendants towards

their own forfeiture judgments shall not constitute a credit in favor of Vincente Lopez towards his judgment.

In that the forfeiture consists of a money judgment, it is not necessary for the United States to publish or provide notice or for the Court to conduct an ancillary hearing.

This judgment shall become final against the defendant as of the time of his sentencing.

**IT IS SO ORDERED.**

Signed this 19th day of February, 2013.

Digitally signed by David R. Herndon
Date: 2013.02.19
15:23:29 -06'00'

**Chief Judge**
**United States District Court**